UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
<u>CIVIL MINUTE ORDER</u>

| Case No.: 16-cv-04520-JCS | Case Name: Deffley v. Torres, et al | |
|---|---|---|
| Chief Magistrate Judge: JOSEPH C. SPERO | Date: December 2, 2016 | Time: 3 M |

**Attorney for Plaintiff:** Fulvio Cajina
**Attorney for Defendant:** Matthew Roman

**Deputy Clerk:** Karen Hom          **Court Reporter:** Not Reported

**PROCEEDINGS**

1. Initial Case Management Conference - Held

**ORDERED AFTER HEARING**

Updated joint case management conference statement due 2/24/17.

**NOTES:**

**CASE CONTINUED TO:**   3/3/17 at 2:00 PM for a further case management conference.

**REFERRALS:**

[ ] Case referred to ADR for   to occur within  .
[ ] Case referred to (random) Magistrate Judge for a SETTLEMENT CONFERENCE to occur within, or as is convenient to the judge's calendar.
[X] Case referred to Magistrate Judge Maria-Elena James for a SETTLEMENT CONFERENCE to occur within ninety (90) days or at her earliest convenience.

**PRETRIAL SCHEDULE:**
**Initial Disclosures:**
**Number of Depos:**
**Discovery Cutoff:**
**Expert Disclosure:**
**Expert Rebuttal:**
**Expert Discovery Cutoff:**
**Motions Hearing & Daubert Motions:**           at 9:30 AM
**Pretrial Conference:**           at 2:00 PM
**Trial:**           at 8:30 AM for           days      [ ]  Jury  [ ]  Court

**Order to be prepared by:**
[ ] Plaintiff       [ ] Defendant          [ ] Court
**cc:**  MagRef, Rose Maher